## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

PATRINELLA KREMER,  Civil No. 10-3277 (RHK/LIB)

        Plaintiff,  **ORDER FOR DISMISSAL**

v.

JC CHRISTENSEN & ASSOCIATES, INC.,

        Defendant.

___

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 4) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 14, 2010

                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge